UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| WARREN D. TAYLOR | ) | |
| | ) | |
| v. | ) | NO. 2:04-CV-123 |
| | ) | |
| SNAP-ON-TOOLS | ) | |

**O R D E R**

On June 15, 2005, the parties reported that their efforts a mediation were continuing and that they would be able to report the results of mediation by June 29, 2005. Accordingly, it is hereby **ORDERED** that the parties' date to report the results of mediation is extended from June 15, 2005 to June 29, 2005. If mediation has been unsuccessful, this case will be reassigned for trial at that time.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE